No. 480. MURDOCK *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 481. PERISICH *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 482. MOWDER *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 483. SEDERS *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 484. LAMBORN *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 485. MALTEZOS *v.* PENNSYLVANIA (CITY OF JEANNETTE);
No. 486. ANASTASIA TZANES *v.* PENNSYLVANIA (CITY OF JEANNETTE); and

No. 487. ELLAINE TZANES *v.* PENNSYLVANIA (CITY OF JEANNETTE). February 15, 1943. Petition for writs of certiorari to the Superior Court of Pennsylvania granted. *Mr. Hayden C. Covington* for petitioners. *Mr. Fred B. Trescher* for respondent.